UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ROBERT PLUMA,

                  Plaintiff,

-against-

THE CITY OF NEW YORK; POLICE OFFICER
THOMAS GALLAGHER, Shield No. 23752;
JOHN DOE SECOND OFFICER; RICHARD
ROES,

                  Defendants.
-----------------------------------------------------------X

**NOTICE OF DISMISSAL**

11 Civ. 6857 (BSJ)

**ECF CASE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/12

Pursuant to Fed.R.Civ.P. 41(a)(i), Plaintiff voluntarily dismisses this action.

Dated:    New York, New York
           January 27, 2012

                                      JEFFREY A. ROTHMAN, Esq.
                                      315 Broadway, Suite 200
                                      New York, New York 10007
                                      (212) 227-2980
                                      Attorney for Plaintiff

SO ORDERED.
Dated: 1/30/12

                                        BARBARA S. JONES
                                        U.S.D.J.